# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| DONALD DOWD, | : No. 122 EM 2019 |
| Petitioner | : |
| v. | : |
| COMMONWEALTH OF PENNSYLVANIA OFFICE OF JUDICIAL RECORDS PHILADELPHIA COUNTY, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of December, 2019, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.